IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DR. A.H. ADDARICH,

      Appellant,

 v.

Case No.  5D23-0209
LT Case No. 2021-CA-5398

PEOPLE'S TRUST INSURANCE
COMPANY AND MARIA "MARISOL"
WILLIAMS, UNLICENSED CLAIMS
ADJUSTER IN (2016) AND
BARBARA J. LOCKWOOD, DECEASED,

      Appellees.
_____/

Decision filed February 28, 2023

Appeal from the Circuit Court
for Duval County,
Waddell A. Wallace, Judge.

Dr. A.H. Addarich, Jacksonville,
pro se, Appellant.

No Appearance for Appellees.

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE and SOUD, JJ., concur.